UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW YOUN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>GREATS BRAND INC., a Delaware Corporation,<br><br>Defendant. | Docket No. 1:18-cv-02898-KAM-ST |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 3, 2018 Stipulation of Dismissal, all claims asserted in Civil Action No: 1:18-cv-02898-KAM-ST, are dismissed with prejudice; and without costs to either party.

SO ORDERED THIS __3__ day of __August__, 2018.

_____
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE